

**FILED**

AUG 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAWN VERNON LEE,<br><br>　　　　Defendant. | No. Cr. S-15-00007-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release <u>SHAWN VERNON LEE</u>;

Case No. <u>Cr. S-15-00007-KJM</u>, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

　　　　___ Unsecured Appearance Bond

　　　　___ Appearance Bond with 10% Deposit

　　　　___ Appearance Bond with Surety

　　　　___ Corporate Surety Bail Bond

__X__ (Other): In light of the defendant's potential for a time served sentence, he is released today on conditions of release as discussed on the record.

Issued at Sacramento, California on __8/5/15__, at __10:50 a.m.__

_____
Kimberly J. Mueller
United States District Judge